DARREN T. BRENNER
Nevada Bar No. 8386
dbrenner@lrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrlaw.com
3993 Howard Hughes Parkway
LEWIS AND ROCA LLP
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
*Attorneys for Defendant*
*PNS Stores, Inc., d/b/a Big Lots Store #4239*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECA MEDRANO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PNS STORES, INC., a/k/a BIG LOTS STORE #4239, and DOES 1 through V and ROE CORPORATIONS I through V,<br><br>Defendants. | Case No.: 2:11-CV-01156-LRH-CWH<br><br>**APPLICATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY PURSUANT TO LR 26-4** |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule of Practice 26-4, the parties, by and through their respective counsel of record hereby stipulate to and request that the Court extend the discovery deadlines for the reasons set forth below:

A.  **THE DISCOVERY COMPLETED:**

The parties have completed the following discovery:

- Plaintiff's Initial Disclosures
- PNS Stores, Inc's Initial Disclosures;
- PNS Stores' Inc.'s First Set of Requests for Production of Documents to Plaintiff;
- PNS Stores' Inc.'s First Set of Interrogatories Plaintiff;
- Plaintiff Rebeca Medrano's Responses to PNS Stores, Inc's First Request for Production

- Plaintiff Rebeca Medrano's Answers to PNS Stores, Inc's First Set of Interrogatories
- Defendant has requested medical records from Plaintiff's treating providers and has received records from several of those providers;

**B.   DISCOVERY THAT REMAINS TO BE COMPLETED:**

- Defendant needs to obtain medical records from Plaintiffs' treating physicans who have yet to respond to Defendant's outstanding requests;
- Both parties need to make expert disclosures;
- Both parties need to take the depositions of experts;
- Both parties need to take the deposition of any percipient witnesses;
- Defendant needs to take the depositions of Plaintiff's treating physicians;
- Defendant needs to take the deposition of Plaintiff Rebeca Medrano;
- Plaintiff needs to take the Fed. R. Civ. P. 30(b)(6) deposition of Defendant PNS Stores, Inc.

**C.   THE REASONS THE REMAINING DISCOVERY HAS NOT BEEN COMPLETED:**

As demonstrated above, the parties have undertaken discovery in this action. The pace and scope of discovery, however, has been affected by the time it takes to request and receive Plaintiff's medical records.

This is a personal injury action in which Plaintiff alleges that she has suffered multiple injuries after a box fell on her head and neck in Defendant's store. Plaintiff has treated with several medical providers and continues to receive ongoing medical treatment. There are multiple treating physicians and other health care providers involved. Accordingly, discovery concerning Plaintiff's medical treatment (and causation) and damages has required the parties to request, collect, and review nearly all of Plaintiff's medical, educational, and employment records.

In doing so, the parties have found it exceedingly difficult, if not impossible, to collect all necessary information and obtain necessary expert opinions within 90 days, as is required within the existing proposed discovery plan and scheduling order. For example, Plaintiff's records must

be collected with use of a HIPAA authorization. This has required time to both request authorizations and the identification of providers in discovery (at least 30 days) and additional time to then obtain medical records. Depending on the responsiveness of the provider, it has taken weeks and in some instances longer to obtain medical records. Those records must then be given to an expert with time to review and render an opinion. Presently, the expert disclosure deadline is set for November 14, 2011 and Defendant is still waiting for several providers to respond to its request for medical records.

For these reasons, the parties respectfully request an additional 90 days to complete discovery. Counsel believes that an additional 90 days for discovery is reasonable and necessary for the preparation of the case.

### D. A Proposed Schedule For Completing All Remaining Discovery:

A. <u>Discovery Cut-Off Date</u>: Discovery will be completed by **April 12, 2012**.

B. <u>Amending Pleadings and Adding Parties</u>: All motions to amend the pleadings or to add parties shall be filed no later than **January 13, 2012**, ninety (90) days prior to the close of discovery.

C. <u>Fed. R. Civ. P. 26(a)(2) Disclosures of Experts</u>: Disclosures concerning experts shall be made no later than **February 10, 2012**, the nearest judicial day to sixty (60) days prior to the close of discovery. Disclosures concerning rebuttal experts shall be made no later than **March 12, 2012**, the nearest judicial day to thirty (30) days after the initial disclosure of experts, whichever is first.

D. <u>Interim Status Report</u>: The parties shall file the interim status report required by LR 26-3 by **February 10, 2012**, the nearest judicial day to sixty (60) days prior to the close of discovery.

E. <u>Dispositive Motions</u>: All dispositive motions shall be filed no later than **May 14, 2012**, the nearest judicial day to thirty (30) days after the close of discovery.

F. <u>Pre-trial Order</u>: The parties shall file a joint pretrial order no later than **June 13, 2012**, (30) days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2502418.1

after decision on the dispositive motion(s) or further order of the Court. The disclosure required by Fed. R. Civ. P. 26(a)(3) and objections thereto shall be made in the pre-trial order.

      G.    <u>Fed.R.Civ.P. 26(a)(3) Disclosures</u>: The disclosures required by Fed. R. Civ. P.26(a)(3) shall be made in the joint pretrial order.

| SAM HARDING LAW FIRM | LEWIS AND ROCA LLP |
|---|---|
| BY: <u>/s/ Sam Harding</u><br>SAM HARDING<br>Nevada Bar No. 1877<br>1100 East Bridger Avenue<br>Las Vegas, Nevada  89101<br>Attorney for Plaintiff<br>Rebeca Medrano | BY: <u>/s/ Darren T. Brenner</u><br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada  89169<br>Attorneys for Defendant<br>PNS Stores, Inc., d/b/a Big Lots Stores, Inc. |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: November 3, 2011