1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DARREN T. BRENNER
Nevada Bar No. 8386
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com


JENNIFER K. HOSTETLER
Nevada Bar No. 11994
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)
Email:  JHostetler@LRLaw.com
*Attorneys for Defendant*
*PNS Stores, Inc., d/b/a Big Lots Store #4239*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECA MEDRANO, individually, | Case No.:  2:11-CV-01156-MMD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| PNS STORES, INC., a/k/a BIG LOTS STORE #4239, and DOES 1 through V and ROE CORPORATIONS I through V, | |
| Defendants. | |

Defendant PNS STORES, INC. d/b/a BIG LOTS STORE #4239, by and through its attorneys

AKERMAN SENTERFITT LLP and Plaintiff REBECCA MEDRANO by and through her attorneys

SAM HARDING LAW FIRM, hereby stipulate and agree that the above-entitled matter be

/ / /

/ / /

/ / /

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 ~ FAX: (702) 380-8572

{25858624;1}

1  dismissed, with prejudice, the parties to bear the respective fees and costs.

2

3       DATED this 6th day of March, 2013.

4

5  SAM HARDING LAW FIRM            AKERMAN SENTERFITT LLP

6

7  /s/ SAM HARDING
    SAM HARDING, ESQ.                 /s/ Darren Brenner

8  Nevada Bar No. 1877             DARREN BRENNER, ESQ.
    1100 East Bridger Avenue         Nevada Bar No. 8386

9  Las Vegas, NV 89101            1160 Town Center Drive, Suite 330
    (702) 384-8023                Las Vegas, NV 89144

10 (702) 384-5731 (fax)           (702) 634-5000

11                           (702) 380-8572 (fax)

12                         LEWIS AND ROCA LLP

13

14                         /s/ Jennifer Hostetler

15                         JENNIFER K. HOSTETLER
                          Nevada Bar No. 11994

16                        3993 Howard Hughes Parkway
                          Suite 600

17                        Las Vegas, Nevada  89169
                        (702) 949-8200

18                        (702) 949-8398 (fax)

19

20

21

22

23

24

25

26

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with

prejudice.

_____

**UNITED STATES DISTRICT COURT JUDGE**

DATED: __March 6, 2013_____

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572